UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: The Matter of the Application of Litasco SA for an Order to Take Discovery Pursuant to 28 USC 1782 | 23-mc-354 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Litasco seeks an order compelling discovery from a clearing house and nine banks. It appears that the only basis for believing that these respondents might have records regarding the finances of the foreign defendants is that the foreign defendants used banks in Africa (including banks in Senegal) and the respondents either provide clearing services or correspondent banking services to banks in Africa (or for some respondents, to banks in Senegal specifically). *See* Dkt. 12.

By December 11, 2023, Litasco should submit a supplemental letter (no more than three single-spaced pages) identifying any *additional* evidence in the record that would suggest that these respondents actually have records of financial transactions involving the foreign defendants. (Litasco should not cite the evidence discussed above.) If there is no additional evidence indicating that the foreign defendants actually have accounts at these institutions or used their services, Litasco should explain why it would not be unduly intrusive and burdensome to have respondents search for records based on such speculation.

SO ORDERED.

Dated: December 7, 2023
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge