UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: The Matter of the Application of Litasco SA for an Order to Take Discovery Pursuant to 28 USC 1782* | 23-MC-00354 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On December 15, 2023, this Court granted the Amended Ex Parte Application of Litasco SA for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782. Dkt. 18. There has been no activity on the docket since then. By March 25, 2024, Litasco should file a status update indicating whether this matter can be closed. If no letter is received, the Court will close this matter.

SO ORDERED.

Dated: March 18, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge