

NEW YORK
VIENNA
LONDON
CHICAGO
HOUSTON
SYDNEY

**VIA ECF**

Honorable Arun Subramanian
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**Edward W. Floyd**
Partner | Attorney at Law
ed.floyd@zeilerfloydzad.com
mobile: (917) 999-6914

May 6, 2024

**SUBJ.:** *In Re: The Matter of the Application of Litasco SA for an Order to Take Discovery Pursuant to 28 USC 1782* **(No. 23-MC-00354 [AS])**

Dear Judge Subramanian:

We are counsel for the Applicant, Litasco SA ("**Litasco**"), in the above-referenced miscellaneous proceeding. We submit this correspondence pursuant to the Court's Order, entered March 26, 2024 (Dkt. 21), which directed the Applicant to "submit an update letter on May 6, 2024."

This is a discovery proceeding pursuant to 28 U.S.C. § 1782. The Applicant's prior status report, filed on March 22, 2024 (Dkt. 20), provided that between December 26, 2023 and January 2, 2024, the Applicant had arranged service on the seven respondents. As of that prior status report, two of the respondents had completed their productions, a third was expected to do so during the coming week, and a fourth had projected production for mid-April. The March 22 status report also stated that counsel had effective lines of communication with two additional respondents, and that counsel was attempting to identify the best line of communication with a third, remaining respondent.

As of present, productions have been made by four of the seven respondents. The below-signed attorney's office has been in contact with each of the remaining three. Of those, one noted an intent to produce during mid- to late-April. That production has not yet been received, and counsel has sought an update. The other two remaining respondents have both indicated their intent to produce during mid-May.

While counsel does not anticipate that there will be a need for judicial intervention, the discovery process remains ongoing. As such, the below-signed attorney respectfully submits that he views those considerations as indicating that the matter should not be closed but that counsel should submit a further status report in 30 days.

**Zeiler Floyd Zadkovich (US) LLP**
33 East 33rd St. (9th Floor, Suite 905), New York, NY 10016 USA

Zeiler Floyd Zadkovich (US) LLP is a limited liability partnership established in the State of New York, advising only on laws of the United States of America.  Zeiler Floyd Zadkovich (US) LLP is a member firm of Zeiler Floyd Zadkovich (a Swiss Verein). Each member of the Swiss Verein is separately insured and practices law independently of other member firms.
The Swiss Verein does not provide any legal services.

ONE GLOBAL TEAM.
FOCUSED ON WHAT YOU DO.

zeilerfloydzad.com



NEW YORK  
VIENNA  
LONDON  
CHICAGO  
HOUSTON  
SYDNEY

We thank the Court for its consideration of this matter.

          Respectfully submitted,

          /s/ Edward W. Floyd  
          Edward W. Floyd

ONE GLOBAL TEAM.  
FOCUSED ON WHAT YOU DO.

zeilerfloydzad.com

4123-5487-8544, v. 2