UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: The Matter of the Application of Litasco SA for an Order to Take Discovery Pursuant to 28 USC 1782* | 23-MC-00354 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiff has failed to submit an update on this matter. Dkt. 23. If the Court does not receive an update by June 10, 2024, at 5:00 PM, it will close this case.

    SO ORDERED.

Dated: June 7, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge