

NEW YORK
LONDON
CHICAGO
HOUSTON
SYDNEY

**VIA ECF** (event: letter)

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A

June 10, 2024

**Edward W. Floyd**
Partner | Attorney at Law
Ed.floyd@floydzad.com
Mobile: (917) 999-6914

**SUBJ.:** *In Re: The Matter of the Application of Litasco SA for an Order to Take Discovery Pursuant to 28 USC 1782* **(No. 23-MC-00354 [AS])**

Dear Judge Subramanian:

We are counsel for the Applicant, Litasco SA ("**Litasco**"), in the above-referenced miscellaneous proceeding. We submit this correspondence to provide the Court with a further status report regarding discovery sought herein pursuant to 28 U.S.C. § 1782. The Applicant's prior status report, filed on May 6, 2024, provided that as of the date of that report, four of the seven respondents had completed their production. Of the three respondents still to produce, one respondent indicated it would produce in mid-April, and counsel for Litasco sought an update on the production status. The remaining two respondents both indicated an intent to produce in mid-May.

As of present, counsel has received production from all seven respondents. Accordingly, while the Applicant reserves all rights to seek additional discovery or further relief of any type, counsel no longer sees a reason to keep this miscellaneous proceeding open.

We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ Edward W. Floyd
Edward W. Floyd

**Floyd Zadkovich (US) LLP**
33 East 33rd St. (9th Floor, Suite 905), New York, NY 10016 USA

Floyd Zadkovich (US) LLP is a limited liability partnership established in the State of New York,
advising only on laws of the United States of America. Floyd Zadkovich (US) LLP is a member firm
of Floyd Zadkovich (a Swiss Verein). Each member of the Swiss Verein is separately insured and
practices law independently of other member firms. The Swiss Verein does not provide any legal services.